UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COUNTRY J. STEVENS, )<br>         )<br>    Plaintiff, )<br>         )<br>vs. )<br>         )<br>CO. A. JUNGEN, *et al.*, )<br>         )<br>    Defendants. )<br> ／ | 3:11-cv-00558-ECR-VPC<br><br>**ORDER** |

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff informs the court that he inadvertently named Jack Palmer as a defendant when he initiated this action and did not include other defendants against whom he asserts claims. (ECF No. 4.) Therefore, the court amends the caption in this action. Jack Palmer and the Nevada Attorney General shall not be named defendants. Mr. Buchanan shall be a named defendant who is dismissed from this action. The caption shall name the following as active defendants: CO. A. Jungen, S.C.O. K. Corzine, Ms. Julie Rexwinkel.

**IT IS SO ORDERED.**

DATED: November 1, 2011.

_____
UNITED STATES DISTRICT JUDGE