UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| COUNTRY JOE STEVENS, | ) | 3:11-CV-0558-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 12, 2012 |
| | ) | |
| C/O JUNGEN, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff's third motion to extend prison copywork limit (#23) is **DENIED as moot**.  The court previously granted, in part, plaintiff's request for extension of copywork limit in order #21.

   IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:           /s/
            Deputy Clerk