UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| COUNTRY JOE STEVENS, | ) | 3:11-CV-0558-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 13, 2012 |
| | ) | |
| C/O JUNGEN, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff's motion to re-issue screening order for formal mediation (#13) is **DENIED**. The court will consider conducting a settlement conference if this case survives a motion for summary judgment.

   **IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                            By:        /s/
                                        Deputy Clerk