**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COUNTRY JOE STEVENS, | 3:11-cv-00558-ECR-VPC |
| Plaintiff, | |
| vs. | **Order** |
| ALYSON JUNGEN, *et al.*, | |
| Defendants. | |

On March 9, 2012, the Magistrate Judge filed a Report and Recommendation (#22) recommending that Plaintiff's Motion to Dismiss Defendant A. Jungen (#19) be granted. No objections were filed. On February 27, 2012, the Office of the Attorney General declined to accept service on behalf of defendant Alyson Jungen because she is deceased (#17). In the Motion to Dismiss (#19), Plaintiff states that he no longer wishes to pursue his claims against Defendant Jungen or her estate and requests that Alyson Jungen be dismissed from the action.

**IT IS, THEREFORE, HEREBY ORDERED** that the Report and Recommendation (#22) is **APPROVED AND ADOPTED**. Plaintiff's Motion to Dismiss Defendant A. Jungen (#19) is **GRANTED**.

DATED: June 18, 2012.

_____
UNITED STATES DISTRICT JUDGE