1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                        DISTRICT OF NEVADA

8                            * * * * *

9    COUNTRY JOE STEVENS,              )
                                       )
10              Plaintiff,             )        3:11-cv-00558-LRH-VPC
                                       )
11   v.                                )
                                       )        O R D E R
12   ALYSON JUNGEN, *et al.*,          )
                                       )
13              Defendants.            )
     _____   )

14

15        Before this Court is Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke

16   (#41[1]) entered on November 7, 2012 (originally filed under #40, but a corrected image was then filed

17   the same day), recommending denying Plaintiff's Motion for Summary Judgment (#33) filed on June

18   8, 2012. Plaintiff filed his Objection to the Magistrate's Recommendation to Dismiss Plaintiff's

19   Motion for Summary Judgment (#46) on January 10, 2013.  Defendants have not filed a response.  This

20   action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4 of the

21   Local Rules of Practice of the United States District Court for the District of Nevada.

22        The Court has conducted its *de novo* review in this case, has fully considered the objections of

23   the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record  pursuant

24   to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's

25

26          [1]Refers to court's docket number.

1  Report and Recommendation (#41) entered on November 7, 2012, should be adopted and accepted.

2        IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#41)

3  entered on November 7, 2012, is adopted and accepted, and Plaintiff's Motion for Summary Judgment

4  (#33) is DENIED.

5        IT IS SO ORDERED.

6        DATED this 23rd day of February, 2013.

7                                            _____

8                                            LARRY R. HICKS
                                             UNITED STATES DISTRICT JUDGE