# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

COUNTRY JOE STEVENS,

       Plaintiff,                        3:11-CV-0558-LRH (VPC)

vs.                                       **MINUTES OF THE COURT**

CO A. JUNGEN, et al.,              Date:  March 19, 2013

       Defendants.
_____/

PRESENT:
THE HONORABLE   VALERIE P. COOKE  , UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF:   NONE APPEARING

COUNSEL FOR DEFENDANTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

     Defendants filed a motion for leave to file *under seal* exhibits in support of defendants' motion for summary judgment (#47).  No opposition was filed.  Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.  Therefore,

     **IT IS ORDERED** that defendants' motion for leave to file *under seal* exhibits in support of defendants' motion for summary judgment (#47) is **GRANTED**.  The exhibits (#49) are filed and shall remain *under seal*.

     **IT IS SO ORDERED.**

                                                LANCE S. WILSON, CLERK

                              By:   /s/
                                  Deputy Clerk.