UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| COUNTRY JOE STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | 3:11-cv-00558-LRH-VPC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| ALYSON JUNGEN; et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#74[1]) entered on February 4, 2014, recommending granting in part and denying in part defendants Corzine's and Rexwinkel's Motion for Summary Judgment (#48) filed on January 14, 2013, and denying defendant Rexwinkel's second Motion for Summary Judgment (#68) filed on September 26, 2013. Plaintiff filed his Non-Opposition to Report and Recommendation of U.S. Magistrate Judge (#75) on February 7, 2014. Defendants have not filed a response. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the non opposition of Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate

---

[1] Refers to court's docket number.

Judge's Report and Recommendation (#74) entered on February 4, 2014, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#74) entered on February 4, 2014, is adopted and accepted, and defendants Corzine's and Rexwinkel's Motion for Summary Judgment (#48) is **GRANTED in part and DENIED in part** as follows:

(1) Defendants' request to dismiss defendant Rexwinkel for lack of personal participation is DENIED;

(2) Defendant Corzine's Motion for Summary Judgment is GRANTED as to Plaintiff's First Amendment retaliation claims;

(3) Defendant Corzine's Motion for Summary Judgment is GRANTED as to Plaintiff's Eighth Amendment deliberate indifference claim; and

(4) Defendant Corzine's Motion for Summary Judgment is GRANTED as to Plaintiff's Fourteenth Amendment equal protection claim.

IT IS FURTHER ORDERED that defendant Rexwinkel's second Motion for Summary Judgment (#68) is DENIED.

IT IS FURTHER ORDERED that this case is referred to the Honorable Valerie P. Cooke for the purpose of conducting a settlement conference.

IT IS FURTHER ORDERED that, if settlement is unsuccessful, the remaining parties shall submit their proposed joint pretrial order pursuant to Local Court Rules 16-3 and 16-4 within forty-five (45) days of the unsuccessful settlement conference.

IT IS SO ORDERED.

DATED this 6th day of March, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE