# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| COUNTRY JOE STEVENS, | ) | 3:11-CV-0558-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 7, 2014 |
| | ) | |
| CO A. JUNGEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The District Court referred this case to the Magistrate Judge for purpose of conducting a settlement conference (#76).  The Court is in the process of scheduling a date and time for the settlement conference.

Plaintiff has filed a motion for free copies of exhibits (#79).  Prior to the onset of electronic filing at NNCC, plaintiff filed a motion for summary judgment (#33) with many pages of exhibits in June 2012.  Apparently, plaintiff did not keep copies of the exhibits for his own use.  Plaintiff is requesting copies of five pages of exhibits (C-6 through C-10) be sent to him for use during his preparation for the settlement conference (#33, pages 56-60).

It is not the court's obligation to provide litigants, even indigent ones, with copy services.  Inmates are required to submit a copy request form to the clerk of the court stating the specific documents he would like copied together with the appropriate fee.  However, in the interest of facilitating settlement in this matter, the court **GRANTS** plaintiff's motion (#79), and orders the Clerk to **SEND** plaintiff the five pages he requests.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
Deputy Clerk