ADAM PAUL LAXALT
Nevada Attorney General
MICHELINE N. FAIRBANK
Senior Deputy Attorney General
Nevada Bar No. 8062
CHAZ W. LEHMAN
Deputy Attorney General
Nevada Bar No. 12994
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel: 775-684-1196
Fax: 775-684-1275
Email: mfairbank@ag.nv.gov

*Attorneys for Defendant Julie Rexwinkel*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COUNTRY JOE STEVENS,<br><br>    Plaintiff,<br><br>vs.<br><br>CO. A. JUNGEN, et al.<br><br>    Defendants. | Case No. 3:11-cv-00558-LRH-VPC<br><br>**MOTION FOR ALTERNATIVE PRESENCE OF COUNSEL AT SETTLEMENT CONFERENCE** |

Defendant, Julie Rexwinkel, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Micheline N. Fairbank, Senior Deputy Attorney General (SDAG), and Chaz W. Lehman, Deputy Attorney General (DAG), respectfully moves for leave of the court to permit alternative presence of counsel at the settlement conference scheduled pursuant to Order Scheduling Settlement Conference (#98)[1]. This Motion is made pursuant to LR 7-2 and based upon the following Memorandum of Points and Authorities and all papers and pleadings on file in this action.

**MEMORANDUM OF POINTS AND AUTHORITIES**

In this Court's December 8, 2014, Order Scheduling Settlement Conference (#98), the Court ordered "[a]ll counsel of record who will be participating in the trial of this case . . . must

---

[1] This number refers to the Court's docket number.

be present." (*Id.* at 1:15-16). Defense Counsel SDAG Micheline N. Fairbank had an unanticipated conflict arise on her calendar when the Eighth Judicial District Court in and for Clark County, Nevada, issued an order setting a hearing with personal appearance by counsel for March 24, 2015, at 9:00 a.m. Accordingly, SDAG Fairbank cannot be personally present at the settlement conference scheduled in this matter and the hearing set in Las Vegas for the same date and time. Because of this conflict, Defendant seeks leave of the court to permit just one of the two attorneys representing Defendant to appear at the Settlement Conference scheduled for March 24, 2015, at 9:00 a.m.

Defendant and defense counsel do not wish to delay trial or settlement negotiations in this matter; on this basis Defendant seeks leave to allow one of the attorneys in this matter to appear at the settlement conference. Appearing at the settlement conference on behalf of Defendant will be DAG Chaz W. Lehman, who is co-counsel in this matter. DAG Lehman is fully apprised of the facts, circumstances, claims, defenses, and prior settlement negotiations relevant in this matter and he is fully prepared to engage in good faith settlement negotiations with Plaintiff with respect to this matter.

Accordingly, Defendant seeks leave of the court to permit just one of the two attorneys representing Defendant to appear at the Settlement Conference scheduled for March 24, 2015, at 9:00 a.m. so as to alleviate the scheduling conflict present in defense counsel's schedule as well as not delaying the proceedings in this matter.

Based upon the foregoing, Defendant respectfully requests that the Court grant this Motion with respect to the requirement that all counsel who will be participating in trial appear at the settlement conference and permit just DAG Lehman to appear on behalf of Defendant.

Dated this 17th day of March, 2015.

ADAM PAUL LAXALT
Attorney General

By /s/ Micheline N. Fairbank
MICHELINE N. FAIRBANK
Senior Deputy Attorney General
CHAZ W. LEHMAN
Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendant*

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: March 18, 2015

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 17th day of March, 2015, I have caused a copy of the foregoing **MOTION FOR ALTERNATIVE PRESENCE OF COUNSEL AT SETTLEMENT CONFERENCE** to be served, by U.S. District court CM/ECF Electronic Filing to the following:

Country Joe Stevens, #27883
Northern Nevada Correctional Center
Po Box 7000
Carson City NV 89702
lawlibrary@doc.nv.gov

/s/ Frennea Hyland
An employee of the
Office of the Attorney General